```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDY VASQUEZ,

                Plaintiff,

-against-

KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

1:21-cv-10331 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a Proposed Consent to Jurisdiction by US Magistrate Judge, filed by the Commissioner of Social Security. [ECF No. 25]. The Court will not take any action on the Proposed Consent form. Should the Parties wish to refer the case to the assigned magistrate judge, the Proposed Consent form should be signed and dated by both parties, or their respective counsel.

**SO ORDERED.**

**Date:  August 9, 2022**
**New York, NY**

                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**