**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANDY V.,

                        Plaintiff,                      21 **CIVIL** 10331 (GRJ)

        -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated June 5, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 31) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 32) is GRANTED; and this case is DISMISSED; accordingly, this case is closed.

**Dated:** New York, New York
          June 6, 2023

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                                  **Clerk of Court**

                        **BY:**    _____
                                                                **Deputy Clerk**